IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

FILED
CHARLOTTE, NC
APR 09 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

CASE NO: 3:12cv219-MOC

4/9/12

Calvin G. Latimer
1771 W. Blvd. Apt 54   704-302-2208
Charlotte, N.C. 28208

VS.

I.R.S. Service
10715 David Taylor Drive
Charlotte, NC. 28262

Complaints attached

Calvin G. Latimer
vs.
I.R.S.

4/4/12
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
704-302-2208

Losses of $15,000—

## Complaint to Consider

That in oct 2001 mr. mannin, knew that Ce in a chapter 13. That there were no efforts to observe the Laws Governing that court.

That the re-examination was without merit.

That the facts will indicate that mr. mannin, deliberate, action would indicate, that other motives were present. That the agent mention that he had been to the city of Charlotte, and that no record was available. These records available now could have been mis located, and the absent of no court notice, would have made this action of a re-examination Null & void.

### Remedy

That all monies be return now, with interest and damages. This breaking of law created a great hardship for my children, wife and Living conditions. The Last payment to the I.R.S. was deducted in 11-10.

Case 3:12-cv-00219-MOC-DCK Document 1 Filed 04/09/12 Page 2 of 3

Calvin Latimer

4/28/12

Summary of Defense to Loss

This is to Request the money due as a result of not obeying the <u>Chapter 13</u> File in 2001 — I Believe by law that you all were to notify the court of you Needs. Also so the evidence I have here would implify, that no money is Due. See attached Record of <u>Children to</u> Losses. What you are Doing is creating a drastic Hardship. I Am Disable And this is causing more harm. I have tried to reach everybody No results. I Find it hard to believe, that our Government would behave Badly, my losses Are about, $10,100 — or more.