# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Calvin G. Latimer,

              Plaintiff(s),                    JUDGMENT IN A CIVIL CASE

vs.                                       3:12cv219

Internal Revenue Service,

              Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 9, 2012 Order.

Signed: April 10, 2012

*Frank G. John*

Frank G. Johns, Clerk
United States District Court